**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

|  |  |
|---|---|
| BREAST CANCER PREVENTION PARTNERS, *et al.*,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　　　　　*Defendants*. | Case No. 4:21-cv-07360-HSG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TERMINATE CONSENT DECREE** |

Before the Court is the **UNOPPOSED MOTION TO TERMINATE CONSENT DECREE** (ECF No. 41) filed by Defendants United States Environmental Protection Agency ("EPA") and Michael S. Regan, in his official capacity as Administrator of the EPA.  Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:   7/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge